LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
ANDREW GUZIK, ESQ.
Nevada Bar No. 12758
HOMERO GONZALEZ, ESQ.
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
a.guzik@bsnv.law
h.gonzalez@bsnv.law
*Attorneys for Defendant,*
*ALBERTSONS, LLC. d/b/a ALBERTSONS*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EDDIE LOPEZ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC d/b/a ALBERTSONS, a Foreign Limited-Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>    Defendants. | CASE NO.: 2:21-cv-00033-CDS-DJA |

**STIPULATION AND ORDER TO DISMISS DEFENDANT ALBERTSONS, LLC. D/B/A ALBERTSONS, WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., ANDREW GUZIK, ESQ., and HOMERO GONZALEZ, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSONS, LLC. d/b/a ALBERTSONS, and Plaintiff, EDDIE LOPEZ, by and through MATTHEW W. HOFFMAN, ESQ., and TYLER M. CRAWFORD, ESQ., of ATKINSON WATKINS & HOFFMAN, LLP as follows:

*Eddie Lopez v. Albertsons, LLC.*
*Case No.: 2:21-cv-00033-CDS-DJA*

That Defendant, Albertsons, LLC. d/b/a ALBERTSONS, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 21st day of September, 2022.   DATED this 21st day of ~~September~~ December, 2022.

**BRANDON | SMERBER LAW FIRM**   **ATKINSON WATKINS & HOFFMANN, LLP**

/s/ Lew Brandon, Jr., Esq.
_____
**LEW BRANDON, JR., ESQ.**          **MATTHEW W. HOFFMAN, ESQ.**
Nevada Bar No. 5880                 Nevada Bar No. 9061
**ANDREW GUZIK, ESQ.**              **TYLER M. CRAWFORD, ESQ.**
Nevada Bar No. 12758                Nevada Bar No. 10559
**HOMERO GONZALEZ, ESQ.**           10789 W. Twain Ave., Ste. 100
Nevada Bar No. 15231                Las Vegas, Nevada 100
139 East Warm Springs Road          *Attorney for Plaintiff,*
Las Vegas, Nevada 89119             *EDDIE LOPEZ*
*Attorneys for Defendant,*
*ALBERTSONS, LLC. d/b/a*
*ALBERTSONS*

*Eddie Lopez v. Albertsons, LLC.*
Case No.: *2:21-cv-00033-CDS-DJA*

**IT IS SO ORDERED** that Defendant, ALBERTSONS, LLC. d/b/a ALBERTSONS, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this __23rd__ day of __December__, 2022.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC d/b/a*
*ALBERTSONS*